UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PETERBILT OF INDIANA, INC., )<br>　　*Plaintiff/Counter-Defendant*, )<br>　　　　　　　　　　　　　　　　　　　　　　)<br>　　*vs.*　　　　　　　　　　　　　　　　　　　　)　　1:12-cv-769-JMS-DKL<br>　　　　　　　　　　　　　　　　　　　　　　)<br>UTILITY TRAILERS OF INDIANAPOLIS, INC., *et al.*,　　)<br>　　*Defendants/Counter-Plaintiffs.*　　　　　)　 | |

### ORDER

On November 1, 2012, the Court held oral argument on Defendants/Counter-Plaintiff Utility Trailer of Indianapolis, Inc. and Harold Riddle's (collectively, "UTI") Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim. [Dkt. 19.] The parties were represented by counsel, and the Court Reporter was Jean Knepley.

For the reasons stated in detail on the record, the Court finds that it has diversity jurisdiction over this action, specifically that the requisite amount in controversy is present. *See Am.'s MoneyLine, Inc. v. Coleman*, 360 F.3d 782, 786 (7th Cir. 2004) (holding that in suits seeking equitable remedies, the amount in controversy is determined by the value to the plaintiff of the object of the litigation"). Moreover, accepting all well-pled facts as true and drawing all permissible inferences in favor of Plaintiff Peterbilt of Indiana, Inc. ("Peterbilt"), as the Court is required to do when ruling on a motion to dismiss, *Active Disposal Inc. v. City of Darien*, 635 F.3d 883, 886 (7th Cir. 2011), and for the reasons stated in detail on the record, the Court finds that Peterbilt's Complaint states a claim for relief that is plausible on its face. Accordingly, the Court **DENIED** UTI's motion to dismiss. [Dkt. 19.]

11/01/2012

*Jane Magnus-Stinson* (signature)

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Erin M. Cook
GODFREY KAHN, S.C.
mcook@gklaw.com

John Lentz Kirtley
GODFREY & KAHN
jkirtley@gklaw.com

Vilda Samuel Laurin III
BOSE MCKINNEY & EVANS, LLP
slaurin@boselaw.com

Richard A. Mann
rmann@richardmann-lawoffice.com

Joel T. Nagle
BOSE MCKINNEY & EVANS, LLP
jnagle@boselaw.com

Todd Douglas Small
RICHARD A. MANN, P.C.
tsmall@richardmann-lawoffice.com